IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT MARK GREENE,
D.O.C. # 130847,

    Plaintiff,

v.                                    4:24cv486–WS/MAF

RICKY DIXON, SECRETARY,
F.D.O.C., et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed January 6, 2025. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted and because it is frivolous. Plaintiff has filed objections (ECF No. 10) to the report and recommendation.

Having reviewed the record, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. §§

1915(e)(2)(B)(i), (ii).

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's amended complaint is hereby DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii) for failure to state a claim upon which relief may be granted and because it is frivolous.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

5. The clerk shall close the case.

DONE AND ORDERED this __3rd__ day of __February__, 2025.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE